UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| SHANNON T. LOVELESS, | ) | CASE NO. 4:09 CV 944 |
| | ) | |
| Petitioner, | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| v. | ) | |
| | ) | ORDER OF TRANSFER |
| WARDEN MICHELE MILLER, et al., | ) | |
| | ) | |
| Respondents. | ) | |

      Petitioner pro se Shannon T. Loveless, an inmate in state custody at the Belmont Correctional Institution ("BCI") in St. Clairsville, Ohio, brings this action for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

      Petitioner challenges the judgment of conviction entered by the Jefferson County Court of Common Pleas. Both BCI and Jefferson County are within Ohio's southern federal judicial district.

      Accordingly, this action is TRANSFERRED to the United States District Court for the Southern District of Ohio.

      IT IS SO ORDERED.

                                      S/Christopher A. Boyko
                                      CHRISTOPHER A. BOYKO
                                      UNITED STATES DISTRICT JUDGE

May 1, 2009